United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL MAJEED JAHID,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Defendants. | Case No. 26-cv-03833-TSH<br><br>**ORDER EXTENDING SERVICE DEADLINE** |

Federal Rule of Civil Procedure 4(m) provides: "If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Here, Plaintiff Abdul Majeed Jahid filed this case on April 30, 2026, so the deadline for service was July 29, 2026. As there is no indication Defendants have been served, the Court **EXTENDS** the deadline to complete service and **ORDERS** Plaintiff to serve Defendants with the complaint and summons, as well as the supplementary material required by Civil Local Rule 4-2, by September 18, 2026. The Court advises Plaintiff that this case may be dismissed if proper service is not completed by this deadline.

**IT IS SO ORDERED.**

Dated: August 21, 2026

THOMAS S. HIXSON
United States Magistrate Judge