CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH W. BRAKEBILL (CABN 196696)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Fax: (415) 436-6748
John.wollman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDUL MAJEED JAHID,

Plaintiff,

v.

MARKWAYNE MULLIN; JOSEPH B. EDLOW; TODD BLANCHE,

Defendant(s).

Case No. 3:26-cv-03833-TSH

**STIPULATION REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, PURSUANT TO 8 U.S.C. § 1447(b); ORDER**

Plaintiff commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed. USCIS now is prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to the [USCIS]"); *United States v. Hovsepian*, 359 F.3d 1144, 1160 (9th Cir. 2004) (accord).

Accordingly, subject to the Court's approval, IT IS HEREBY STIPULATED that:

1. The Court shall remand this case to USCIS for continued adjudication of the naturalization application within 60 days.

2. If USCIS schedules another interview, USCIS will do so within 30 days of the Order.

3. If USCIS issues a non-final notice within 60 days of the Order, the Order shall be extended an additional 30 days to allow for Plaintiff's response to the notice and for USCIS to issue a final decision.

4. Each of the parties shall bear their own costs and fees.

Dated: October 7, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ John Wollman*
JOHN WOLLMAN
Assistant United States Attorney
Attorneys for Defendants

Dated: October 7, 2026

*/s/ Arash Yasrebi*
ARASH YASREBI
Yasrebi Law
Attorney for Plaintiff

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 13, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge